1

2

3

4                            **IN THE UNITED STATES DISTRICT COURT**

5                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   TIFFANY PACK, et al.,                    CASE NO. CV F 08-0177 LJO DLB

8                  Plaintiffs,              **ORDER TO SIGN AND RETURN**
                                            **MAGISTRATE JUDGE CONSENT FORM**
9        vs.

10  FORT WASHINGTON II,
    et al.,
11
                   Defendants.
12  _____/

13        The parties' counsel indicated that they consent to the conduct of all further proceedings,

14  including trial, before a United States Magistrate Judge. Accordingly, this Court:

15        1.      ORDERS the parties' counsel, **no later than August 8, 2008,** to date, sign and file a

16                Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent

17                form"); and

18        2.      DIRECTS the clerk to attach a consent form to this order.

19        **All papers shall bear the new case number CV F 08-0177 DLB.**

20        IT IS SO ORDERED.

21  **Dated:   July 23, 2008**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                                            1