**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PACK; CHENGKOU LO; CAMERON PACK-LO, CHARLIE PACK-LO, minors, by and through their GUARDIAN AD LITEM, TIFFANY PACK, individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORT WASHINGTON II, a California General Partnership, d.b.a. FORT WASHINGTON II APARTMENTS; FORT WASHINGTON APARTMENTS II, a California Limited Partnership; DAVID S. SIEGEL & COMPANY, INC., a California Corporation,<br><br>　　　　Defendants. | No. CV-F-08-0177–DLB<br><br>ORDER ON PETITION OF TIFFANY PACK-LO FOR APPOINTMENT OF GUARDIAN AD LITEM<br>_____ |

　　　　The Court having considered the petition of Tiffany Pack-Lo for the appointment of guardian ad litem for the minor children, Cameron Pack-Lo and Charlie Pack-Lo, who are plaintiffs in the above action, and good cause appearing therefor,

1

IT IS ORDERED that Tiffany Pack-Lo is appointed guardian ad litem for the minor children, Cameron Pack-Lo and Charlie Pack-Lo, who are named as plaintiffs in the above action.

IT IS SO ORDERED.

**Dated:   September 15, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE