1 | **JOSEPH D. COOPER #139993**
  | **COOPER & COOPER**
2 | *ATTORNEYS AT LAW*
  | *1080 West Shaw Avenue, Suite 105*
3 | *Fresno, California 93711-3701*
  | *Telephone (559) 442-1650*
4 | *Facsimile (559) 442-1659*

5 | Attorneys for Defendants
  | FORT WASHINGTON II, a California general partnership,
6 | dba FORT WASHINGTON II APARTMENTS; DAVID S. SIEGEL &
  | COMPANY, INC., a California Corporation

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 |

11 | TIFFANY PACK; CHENGKOU LO;  )    CASE NO.  1:08-CV-00177 DLB
   | CAMERON PACK-LO, CHARLIE PACK- )
12 | LO, minors, by and through their  )    **STIPULATION AND ORDER FOR**
   | GUARDIAN AD LITEM, TIFFANY  )    **CONTINUANCE OF PLAINTIFFS'**
13 | PACK, individuals,  )    **MOTION FOR SUMMARY**
   |   )    **JUDGMENT OR IN THE**
14 |      Plaintiffs,  )    **ALTERNATIVE, FOR SUMMARY**
   |   )    **ADJUDICATION OF ISSUES**
15 | vs.  )
   |   )
16 | FORT WASHINGTON II, a California  )
   | General Partnership, d.b.a. FORT  )
17 | WASHINGTON II APARTMENTS; FORT )
   | WASHINGTON APARTMENTS II, a  )
18 | California Limited Partnership; DAVID S.  )
   | SIEGEL & COMPANY, INC., a California  )
19 | Corporation,  )
   |   )
20 |      Defendants.  )
   |   )
21 | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

22 |      I/WE, the undersigned, hereby stipulate to continue the hearing on Plaintiffs' Motion for

23 | Summary Judgment presently on calendar for November 13, 2009, at 9:00 a.m. in Courtroom 9.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1        Our preference for a continuation is to have this matter continued to December 4, 2009,

2   at 9:00 a.m. in Courtroom 9.

3

4   Dated: <u>October 27</u>, 2009            COOPER & COOPER

5

6                                      */ S /*
                          By: _____

7                             JOSEPH D. COOPER
                              Attorneys for Defendants

8                             FORT WASHINGTON II, a California
                              general partnership, dba FORT

9                             WASHINGTON II APARTMENTS; DAVID
                              S. SIEGEL & COMPANY, INC., a California

10                            Corporation

11

12  Dated: <u>October 27</u>, 2009            LAW OFFICES OF STUART E. FAGAN

13

14                                       */ S /*
                          By: _____

15                            STUART E. FAGAN
                              Attorneys for Plaintiffs

16

17

18                                     **ORDER**

19       Hearing on Plaintiffs' Motion for Summary Judgment is continued to December 4, 2009,

20  at 9:00 a.m. in Department 9.   Defendants' Opposition will be due on November 11, 2009.

21

22       IT IS SO ORDERED.

23  **Dated:   October 28, 2009**           _____ **/s/ Dennis L. Beck** _____
                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28