**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PACK; CHENGKOU LO; and C.P.and C.P, minors, by and through their GUARDIAN AD LITEM, TIFFANY PACK, individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORT WASHINGTON II, a California General Partnership, d.b.a. FORT WASHINGTON II APARTMENTS; DAVID S. SIEGEL & COMPANY, INC., a California Corporation,<br><br>    Defendants. | No.1:08-CV-00177-DLB<br><br>STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR SUMMARY ADJUDICATION OF THE ISSUES; [PROPOSED] ORDER THEREON<br><br>Judge:        Dennis L. Beck<br>Courtroom:  9<br>Date:         December 10, 2009<br>Time:         10 a.m.<br>Trial:          February 23, 2010 |

   The parties to this action, by and through their attorneys, hereby stipulate and agree to continue the hearing on Plaintiffs' Motion for Summary Judgment, which is currently set for December 10, 2009, to **December 18, 2009, at 9 a.m.**, to accommodate defense counsel's scheduling conflict.  In addition, the parties stipulate to the Court conducting the Pre-Trial Conference immediately after the hearing.  Currently, the Pre-Trial Conference is scheduled to be heard at 1:30 p.m. on the same date, December 18, 2009.

1

1 | Dated: December 3, 2009                              LAW OFFICES OF
                                                         STUART E. FAGAN
2

3
                                                         By: /s/ Stuart E. Fagan
4                                                              Stuart E. Fagan
                                                         Attorneys for Plaintiffs
5

6 | Dated: December 3, 2009                              COOPER & COOPER

7

8                                                        By: /s/ Joseph D. Cooper
                                                               Joseph D. Cooper
9                                                        Attorneys for Defendants

10 |     IT IS SO ORDERED.

11 |     **Dated:   December 4, 2009**               **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

2