1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| TIFFANY PACK, et al., | ) | 1:08cv0177 DLB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER TO SHOW CAUSE WHY |
| v. | ) | ACTION CANNOT BE DISMISSED |
| | ) | |
| FORT WASHINGTON II, et al., | ) | |
| al. | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

9
10
11
12
13
14
15
16

On February 22, 2010, the Court granted the motion for approval of minors' compromise.

17

Pursuant to the Declaration of Efrain Santos filed on March 9, 2010, the funds have been

deposited into the minors' accounts.

18
19

The parties are therefore ORDERED TO SHOW CAUSE why this action cannot be

20

dismissed within twenty (20) days of the date of service of this order.  The parties may file a

stipulation of dismissal in response to this order.

21
22
23

IT IS SO ORDERED.

Dated:   **August 2, 2010**                    _____ **/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1