**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PACK; CHENGKOU LO; C.P., C.P., minors, by and through their GUARDIAN AD LITEM, TIFFANY PACK, individuals,<br><br>       Plaintiffs,<br><br>   v.<br><br>FORT WASHINGTON II, a California General Partnership, d.b.a. FORT WASHINGTON II APARTMENTS; DAVID S. SIEGEL & COMPANY, INC., a California Corporation,<br><br>       Defendants. | No.1:08-CV-00177-DLB<br><br>ORDER<br>_____<br><br>Judge:      Dennis L. Beck<br>Courtroom:   9 |

The Court having considered the Stipulation for Dismissal, and good cause appearing therefor,

IT IS ORDERED that the above-entitled action is hereby dismissed with prejudice as against all defendants.

IT IS SO ORDERED.

   Dated:   **August 24, 2010**          _____/s/ **Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE

-1-